A99A0302. GILLIS v. CARDIO TVP SURGICAL ASSOCIATES, P.C.
et al.
(537 SE2d 208)

RUFFIN, Judge.

In *Cardio TVP Surgical Assoc. v. Gillis*,[1] the Supreme Court reversed Division 1 of this Court's opinion in *Gillis v. Cardio TVP Surgical Assoc.*[2] Accordingly, we vacate that Division of our earlier opinion, and the judgment of the Supreme Court is made the judgment of this Court only as to Division 1.

*Judgment affirmed. Johnson, C. J., Pope, P. J., Andrews, P. J., Smith, P. J., Eldridge and Mikell, JJ., concur.*

---

[5] See generally *Valiant Steel*, supra.
[6] See *McKown*, supra.
[1] 272 Ga. 404 (528 SE2d 785) (2000).
[2] 239 Ga. App. 350 (1) (520 SE2d 767) (1999).

DECIDED JULY 12, 2000.

*Berrien L. Sutton, Ronald W. Hallman, Keith H. Solomon*, for appellant.

*Martin, Snow, Grant & Napier, John C. Edwards, Blair K. Cleveland, Sell & Melton, Mitchel P. House, Jr., Jeffrey B. Hanson*, for appellees.